# Frankfurt Kurnit Klein + Selz PC

**Edward H. Rosenthal**

488 Madison Avenue, New York, New York 10022

T (212) 826 5524    F (347) 438 2114

erosenthal@fkks.com

July 28, 2016

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Mantel v. Microsoft Corp., et al., 16 Civ. 05277 (AJN)</u>

Dear Judge Nathan:

    We represent defendant Zazoom, LLC in the above-captioned action. We are in the process of determining the representation of the other defendants, all of which appear to have been indemnified by Zazoom for the claims made in this case. Our understanding is that most or all of the defendants were served on about July 8, 2016, meaning that responses would be due on July 29, 2016. We are writing pursuant to Your Honor's Individual Rules of Practice to request that the time for all of the defendants to answer the Complaint be extended to and including August 29, 2016. One of the defendants, Hearst Newspapers, LLC, already has been granted this extension by the Court.

    This is the first request for an extension of time to respond to the complaint. Counsel for the plaintiff, Richard Liebowitz, has consented to this extension.

                                              Respectfully submitted,

                                              Edward H. Rosenthal

cc:    All Counsel (via ECF)