```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOHN MANTEL,

                             Plaintiff,

        -against-

GANNETT COMPANY, INC., HEARST STATIONS,
INC., HEARST NEWSPAPERS, LLC, TOSHIBA AMERICA
INFORMATION SYSTEMS, INC., LENOVO (UNITED STATES)
INC., GANNETT SATELLITE INFORMATION NETWORK, LLC,
VERIZON SERVICES CORPORATION, TEGNA, INC.,
MICROSOFT CORPORATION, AOL INC., and
ZAZOOM, LLC,

                            Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING CONFERENCE**

**1:16-cv-05277 (AJN) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter is scheduled for **Wednesday, June 28, 2017** at **10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Plaintiff must attend in-person with counsel. Defendant Zazoom, LLC must send the person with decision-making authority to settle the matter for all Defendants to the conference. All other Defendants are excused from attending the conference.

       The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **Wednesday, June 21, 2017** by 5:00 p.m.

SO ORDERED.

Dated:   April 10, 2017
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge