# Frankfurt Kurnit Klein + Selz PC

**Andrew J. Ungberg**

488 Madison Avenue, New York, New York 10022

T (212) 705 4868    F (347) 438 2195

aungberg@fkks.com

August 7, 2017

**VIA ECF**
Hon. Alison J. Nathan
United States Judge
Thurgood Marshall United States Courthouse
400 Foley Square
New York, New York 10007

        RE:    _Mantel v. Microsoft Corp. et. al_, 16-cv-05277

Dear Judge Nathan:

    We represent all defendants in this action, including lead defendant Zazoom LLC (collectively, "Defendants"). Together with counsel for plaintiff John Mantel ("Plaintiff"), the parties respectfully request that the Court adjourn the current filing deadline for summary judgement motions, August 14, 2017, and enter order that implements the parties' agreed-upon briefing schedule set forth below.[1]

    Following the post-discovery conference in this case on July 14, 2017, the parties met and conferred regarding their respective plans for dispositive motion practice. Because the parties both intend to make motions for summary judgment pursuant to Fed. R. Civ. P. 56(a), the parties have conferred on a briefing schedule consistent with Section (3)(G)(viii) of Your Honor's individual practices. Based on these discussions, the parties have agreed on the following briefing schedule:

| **Deadline** | **Date** |
| --- | --- |
| Plaintiff's Opening Brief | August 25, 2017 |
| Defendants' Opening & Opposition Brief | September 22, 2017 |
| Plaintiff's Opposition & Reply Brief | October 20, 2017 |
| Defendants' Reply Brief | November 3, 2017 |

Thereafter, the parties will be prepared for oral argument on their respective motions on December 1, 2017, or as the Court may schedule such argument.

---

[1] The parties' stipulated briefing schedule is attached to this letter motion as Exhibit A and, consistent with the Local Rules, has also been submitted by e-mail to the orders and judgments clerk at the Southern District.

Hon. Alison J. Nathan
August 7, 2017
Page **2** of **2**

      This application represents the parties' first request to adjourn the deadlines relating to summary judgement motions.

      Counsel for both parties are available at the Court's convenience to discuss this or any other matter.

      Respectfully Submitted,
      **FRANKFURT KURNIT KLEIN & SELZ P.C.**

      */s/ Andrew J. Ungberg*

      Andrew J. Ungberg
      Edward H Rosenthal
      *Attorneys for Defendants*

cc:    Richard Liebowitz
       James H. Freeman
       *Attorneys for Plaintiff John Mantel*