# Frankfurt Kurnit Klein + Selz PC

**Andrew J. Ungberg**

488 Madison Avenue, New York, New York 10022

T (212) 705 4868    F (347) 438 2195

aungberg@fkks.com

August 7, 2017

**VIA ECF**
Hon. Alison J. Nathan
United States Judge
Thurgood Marshall United States Courthouse
400 Foley Square
New York, New York 10007

**SO ORDERED:** 8/8/17

*[signature]*
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

RE:   *Mantel v. Microsoft Corp. et. al*, 16-cv-05277

Dear Judge Nathan:

We represent all defendants in this action, including lead defendant Zazoom LLC (collectively, "Defendants"). Together with counsel for plaintiff John Mantel ("Plaintiff"), the parties respectfully request that the Court adjourn the current filing deadline for summary judgement motions, August 14, 2017, and enter order that implements the parties' agreed-upon briefing schedule set forth below.[1]

**SO ORDERED**

Following the post-discovery conference in this case on July 14, 2017, the parties met and conferred regarding their respective plans for dispositive motion practice. Because the parties both intend to make motions for summary judgment pursuant to Fed. R. Civ. P. 56(a), the parties have conferred on a briefing schedule consistent with Section (3)(G)(viii) of Your Honor's individual practices. Based on these discussions, the parties have agreed on the following briefing schedule:

| Deadline | Date |
|---|---|
| Plaintiff's Opening Brief | August 25, 2017 |
| Defendants' Opening & Opposition Brief | September 22, 2017 |
| Plaintiff's Opposition & Reply Brief | October 20, 2017 |
| Defendants' Reply Brief | November 3, 2017 |

Thereafter, the parties will be prepared for oral argument on their respective motions on December 1, 2017, or as the Court may schedule such argument.

---

[1] The parties' stipulated briefing schedule is attached to this letter motion as Exhibit A and, consistent with the Local Rules, has also been submitted by e-mail to the orders and judgments clerk at the Southern District.

Hon. Alison J. Nathan
August 7, 2017
Page **2** of **2**

    This application represents the parties' first request to adjourn the deadlines relating to summary judgement motions.

    Counsel for both parties are available at the Court's convenience to discuss this or any other matter.

Respectfully Submitted,
**FRANKFURT KURNIT KLEIN & SELZ P.C.**

*/s/ Andrew J. Ungberg*

Andrew J. Ungberg
Edward H Rosenthal
*Attorneys for Defendants*

cc:    Richard Liebowitz
       James H. Freeman
       *Attorneys for Plaintiff John Mantel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN MANTEL,

        Plaintiff,                Case No. 1:16-cv-05277

      v.

GANNETT COMPANY, INC., HEARST
STATIONS, INC., HEARST
NEWSPAPERS, LLC, TOSHIBA AMERICA      **STIPULATED BRIEFING SCHEDULE**
INFORMATION SYSTEMS, INC.,
LENOVO (UNITED STATES) INC.,
GANNETT SATELLITE INFORMATION
NETWORK, LLC, VERIZON SERVICES
CORP., TEGNA, INC., MICROSOFT
CORPORATION, AOL INC., AND
ZAZOOM, LLC

        Defendants.
------------------------------------------------------------X

    WHEREAS, Plaintiffs and Defendants each intend to file motions pursuant to Fed. R. Civ. P. 56(a) (together the "Motions") in the above-captioned case; and

    WHEREAS, the parties have met and conferred regarding a briefing schedule for the Motions based on the procedures set forth in Section 3(G)(vii) of the Court's Individual Practices.

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiff and all Defendants that:

    1.    The briefing schedule for the Motions shall be as follows:

| Deadline | Date |
| --- | --- |
| Plaintiff's Opening Brief | August 25, 2017 |
| Defendants' Opening & Opposition Brief | September 22, 2017 |
| Plaintiff's Opposition & Reply Brief | October 20, 2017 |
| Defendants' Reply Brief | November 3, 2017 |

1

2. The parties shall be ready for oral argument on the Motions as of December 1, 2017, or as the Court may schedule for counsel to be heard.

Dated: August 7, 2017

**LIEBOWTIZ LAW FIRM, PLLC**

By: _____
James H. Freeman
Richard Liebowitz
11 Sunrise Plaza, Suite 301
Valley Stream New York 11580
(516) 233-1660
JF@LiebowitzLawFirm.com
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff John Mantel*

**SO ORDERED:**
August __, 2017

Dated: August 7, 2017

**FRANKFURT KURNIT KLEIN & SELZ P.C.**

By: _____
Andrew J. Ungberg
Edward H. Rosenthal
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: 212-980-0120
aungberg@fkks.com
erosenthal@fkks.com

*Attorneys for Defendants*

_____
Hon. Alison J. Nathan, U.S.D.J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 8 2017