# **EXHIBIT A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-007-059**

**Effective Date of Registration:**
June 16, 2016

## Title

        **Title of Work:**  Group Registration of Published Photographs; 2016 Photo Collection; all published 1/5/2016-6/15/2016; 25 photographs

## Completion/Publication

     **Year of Completion:**  2016
  **Date of 1st Publication:**  January 05, 2016
  **Nation of 1st Publication:**  United States

## Author

              **Author:**  John Marshall Mantel
        **Author Created:**  photograph
      **Work made for hire:**  No
            **Citizen of:**  United States

## Copyright Claimant

      **Copyright Claimant:**  John Marshall Mantel
                           60 East 8 Street Apt. 19P, New York, NY, 10003, United States

## Certification

                **Name:**  Richard Liebowitz
                  **Date:**  June 16, 2016

**Registration #:** VA0002007059
**Service Request #:** 1-3653740711

Richard Liebowitz
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580 United States