# Frankfurt Kurnit Klein + Selz PC

**Andrew J. Ungberg**

488 Madison Avenue, New York, New York 10022

T (212) 705 4868    F (347) 438 2195

aungberg@fkks.com

November 1, 2017

**VIA ECF**
Hon. Alison J. Nathan
United States Judge
Thurgood Marshall United States Courthouse
400 Foley Square
New York, New York 10007

      RE:    *Mantel v. Microsoft Corp. et. al*, 16-cv-05277

Dear Judge Nathan:

      We represent all defendants in this action, including lead defendant Zazoom LLC (collectively, "Defendants").  We write with the consent of counsel for Plaintiff John Mantel ("Plaintiff") to request a brief extension of Defendants' deadline to file their reply brief in further support of Defendants' Motion for Summary Judgment [Dkt. No. 60].

      Pursuant to the so-ordered briefing schedule for summary judgment in this action, Defendants' deadline to file their reply brief is currently November 3, 2017.  *See* Dkt No. 59.  However, due to conflicts presented by unexpected motion practice in defense counsel's other pending litigations, we have asked for a brief courtesy extension from Plaintiff's counsel.  After conferring, the parties have agreed that Defendants may file their reply brief by Monday, November 6, 2017; this agreement is reflected in the attached stipulation, which has also been submitted via e-mail to the Judgement and Orders Clerk.

      This is Defendants' first request for an adjournment of the reply deadline; if granted, the revised due-date will not adversely impact any other dates currently set on the Court's calendar in this action.  Based on the modest length of the extension requested and Plaintiff's consent, we respectfully submit that the Court should grant the relief requested.

* * * *

Hon. Alison J. Nathan
November 1, 2017
Page **2** of **2**

Counsel for both parties are available at the Court's convenience to discuss this matter.

Respectfully Submitted,

**FRANKFURT KURNIT KLEIN & SELZ P.C.**

*/s/ Andrew J Ungberg*

Andrew J. Ungberg
Edward H Rosenthal
*Attorneys for Defendants*

cc: Counsel of Record (via ECF)