UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN MANTEL,<br><br>                     Plaintiff,<br><br>        - against –<br><br>GANNETT COMPANY, INC., HEARST STATIONS, INC., HEARST NEWSPAPERS, LLC, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., LENOVO (UNITED STATES) INC., GANNETT SATELLITE INFORMATION NETWORK, LLC, VERIZON SERVICES CORP., TEGNA, INC., MICROSOFT CORPORATION, AOL INC., AND ZAZOOM, LLC<br><br>                     Defendants. | Docket No. 16-cv-5277 (AJN)<br><br>**NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL RULE 6.3 AND RULE 60(b)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the memorandum of law in support thereof; and the pleadings and prior proceedings herein; Plaintiff John Mantel will move the Court, before the Honorable Alison J. Nathan (U.S.D.J.) at the United States District Court, 40 Foley Square, New York, New York 10007, Rm 2102 at a time set by the Court for an Order VACATING the Court's Order granting summary judgment to Defendants, dated March 29, 2018 [ECF Docket # 83] pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(a) and 6.3, Defendant's opposition papers, if any, must be served by April 26, 2018; and Plaintiff's reply must be served by May 3, 2018.

1

2

        Respectfully Submitted,

        LIEBOWITZ LAW FIRM, PLLC

        **/richardliebowitz/**
        Richard Liebowitz, Esq.

        11 Sunrise Plaza, Ste. 305
        Valley Stream, NY 11580

        *Counsel for Plaintiff John Mantel*